# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES REED, | No. CV 08-7603-VBF PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

*Valerie Baker Fairbank*

DATED: 04-05-11

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE